UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BUNDREN LAW GROUP, PLLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY; ONE BEACON PROFESSIONAL INSURANCE GROUP; ONE BEACON PROFESSIONAL INSURANCE, INC.; INTACT INSURANCE GROUP, USA, LLC; TGP COMMUNICATIONS, LLC; JAMES "JIM" HOFT, INDIVIDUALLY; AND JOE HOFT, INDIVIDUALLY,<br><br>*Defendants*. | CASE NO. 4:24-CV-00900<br><br>JURY TRIAL DEMANDED |

# NOTICE OF REMOVAL

Defendant TGP Communications, LLC hereby removes to this Court the state court action from the 471st Judicial District Court for Collin County, Texas. The basis for removal is diversity jurisdiction under 28 U.S.C. § 1332 and 1441.

## BACKGROUND

1. Plaintiff Bundren Law Group, PLLC filed this action on October 8, 2024 in the 471st Judicial District Court for Collin County, Texas, Cause No. 471-07421-2024 (the "State Court Action"). A true and correct copy of the operative Petition is attached hereto as **Exhibit A**.

2. The Defendants in the State Court Action are Atlantic Specialty Insurance Company, One Beacon Professional Insurance Group; One Beacon Professional Insurance, Inc.; Intact Insurance Group, USA, LLC; TGP Communications, LLC; James "Jim" Hoft; and Joe Hoft.

## DIVERSITY OF PARTIES

3. Plaintiff Bundren Law Group, PLLC, a citizen of the State of Texas, is a professional limited liability company with its principal place of business in Collin County, Texas. Plaintiff conducts its business at 2591 Dallas Pkwy., Suite 300, Frisco, TX 75034. Plaintiff is incorporated and organized pursuant to the laws of the State of Texas.

4. Defendant Atlantic Specialty Insurance Company ("Atlantic"), a citizen of the Commonwealth of Massachusetts, is an insurance company with its principal place of business at 150 Royal St., Canton, MA 02021.

5. Defendant One Beacon Professional Insurance Group (collectively referred to as "Beacon"), a citizen of the State of Kansas, is an insurance company with its principal place of business at 6800 College Blvd., Suite 350, Overland Park, Kansas 66211.

6. Defendant One Beacon Professional Insurance, Inc. (collectively referred to as "Beacon"), a citizen of the State of Kansas, is an insurance company with its principal place of business at 6800 College Blvd., Suite 350, Overland Park, Kansas 66211.

7. Defendant Intact Insurance Group, USA, LLC ("Intact"), a citizen of the State of Minnesota, is an insurance company with its principal place of business at 605 Highway 169 N, Suite 800, Plymouth, MN 55441.

8. Defendant TGP Communications, LLC ("TGP") is a limited liability company with its principal place of business at 1820 NE Jensen Beach Blvd., Suite 1120, Jensen Beach, FL 34957. James "Jim" Hoft is the sole member and manager and agent of and for TGP.

9. Defendant James "Jim" Hoft is an individual who is a resident and citizen of the State of Florida.

10. Defendant Joe Hoft is an individual who is a resident and citizen of the State of Florida.

### AMOUNT IN CONTROVERSY

11. Plaintiffs seeks to recover monetary relief over $250,000 but not more than $1 million, excluding interest, and attorney fees and costs, due to the Defendants' alleged breach of an insurance contract and breach of the contract with the Plaintiff to pay for legal services and expenses for defense in a lawsuit.

12. The amount in controversy is stated by the Plaintiff as larger than $75,000.

### STATUTORY REQUIREMENTS

**Removal is Proper Pursuant to 28 U.S.C. § 1441**

13. This Court has diversity jurisdiction over this action.

14. Plaintiff filed this action against Defendants Atlantic Specialty Insurance Company; One Beacon Professional Insurance Group; One Beacon Professional Insurance, Inc.; Intact Insurance Group, USA, LLC; TGP Communications, LLC; James "Jim" Hoft; and Joe Hoft.

15. The citizenship of the Parties is as follows:

    a. Plaintiff Bundren Law Group, PLLC: Texas

    b. Defendants are citizens of Massachusetts, Kansas, Minnesota, and Florida.

16. The amount in controversy in this case is in excess of $75,000. In Plaintiff's State Court Action, it claims monetary relief "over $250,000 but not more than $1 million, excluding interest, and attorney fees and costs."

## PROCEDURAL REQUIREMENTS

17. This removal is timely as the State Court Action was filed on October 8, 2024, and the matter is being less than 30 days therefrom.

18. A copy of the state court docket sheet and all filings to date, to the best of the Defendant's knowledge, is attached as **Exhibit B**.

19. A copy of all pleadings that assert causes of actions is attached as **Exhibit C**.

20. No answers to any pleadings have yet been filed.

21. No process or orders have been formally served upon the Defendants.

22. This district civil cover sheet is attached as **Exhibit D**.

23. As no defendant has been served in this matter, no consent of the other defendants pursuant to 28 U.S.C. § 1446(b)(2)(A) is required.

24. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is signed subject to Rule 11.

25. Pursuant to 28 U.S.C. § 1446(a), Defendant files this notice of removal in the United States District Court for the Eastern District of Texas, which is the federal district court embracing the 471st Judicial District Court for Collins County, Texas where Plaintiff brought the State Court Action.

26. This removal is less than 30 days from the date the removing defendants were served. Removal is therefore timely. *See* 28 U.S.C. § 1446(b)(2)(3).

27. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve on Plaintiff and file with this Court a Notice to Plaintiffs of Removal to Federal Court, informing Plaintiff that this matter has been removed to federal court.

## JURY DEMAND

28. A jury demand was made by Plaintiff in State Court.

## CONCLUSION

The parties are diverse and the amount in controversy exceeds $75,000. Therefore, this action should proceed in the United States District Court for the Eastern District of Texas.

Dated: October 9, 2024                    Respectfully Submitted,

/s/ Brian Casper
Darin M. Klemchuk
State Bar No. 24002418
darin.klemchuk@klemchuk.com
Brian Casper
State Bar No. 24075563
brian.casper@klemchuk.com
Mandi M. Phillips
State Bar No. 24036117
mandi.phillips@klemchuk.com
**KLEMCHUK PLLC**
8150 N. Central Expressway, 10th Floor
Dallas, Texas 75206
(214) 367-6000 – Direct
(214) 367-6001 – Fax

**ATTORNEYS FOR DEFENDANT
TGP COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

This document was filed via the Court's CM/ECF system, on the date noted above and will be served on Plaintiff's counsel via email and mail to: Wm. Charles Bundren, Esq., Bundren Law Group, PLLC, 2591 Dallas Parkway, Suite 300, Frisco, Texas 75034, charles@bundrenlaw.net.

And to all other Defendants by U.S. mail, postage prepaid, as follows:

Atlantic Specialty Insurance Company
150 Royal St.
Canton, MA 02021

One Beacon Professional Insurance Group
6800 College Blvd., Suite 350
Overland Park, Kansas 66211

One Beacon Professional Insurance, Inc.
6800 College Blvd., Suite 350
Overland Park, Kansas 66211

Intact Insurance Group, USA, LLC
605 Highway 169 N, Suite 800
Plymouth, MN 55441

James "Jim" Hoft
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Joe Hoft
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

                                              */s/ Brian Casper*
                                              Brian Casper