# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| Bundren Law Group, PLLC, | Case No. 4:24-cv-00900-ALM |
|     Plaintiff, | |
| vs. | |
| Atlantic Specialty Insurance Company; One Beacon Professional Insurance Group; One Beacon Professional Insurance, Inc.; Intact Insurance Group, USA, LLC; TGP Communications, LLC; James "Jim" Hoft, individually; and Joe Hoft, individually, | |
|     Defendants. | |

## DEFENDANT ONE BEACON PROFESSIONAL INSURANCE GROUP'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant One Beacon Professional Insurance Group is a non-existent, fictious entity. Therefore, it has no parent corporations, and no entity owns 10% or more of its stock.

Respectfully submitted,

FEE, SMITH & SHARP LLP

By: */s/ Daniel M. Karp*
Daniel M. Karp, 24012937
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 980-3293
Facsimile: (972) 934-9200
dkarp@feesmith.com

AND

Nicholas J. O'Connell (*Pro Hac Vice Pending*)
Intact U.S. Coverage Litigation Group
Intact Insurance Specialty Solutions
605 Highway 169 North, Suite 800
Plymouth, Minnesota 55441
Telephone: (952) 852-0481
Facsimile: (877) 654-1527
njoconnell@intactinsurance.com

**ATTORNEYS FOR DEFENDANTS ATLANTIC SPECIALTY INSURANCE COMPANY; INTACT INSURANCE GROUP USA LLC; ONEBEACON PROFESSIONAL INSURANCE, INC., a** *dissolved corporation*; **and ONE BEACON PROFESSIONAL INSURANCE GROUP, a** *fictitious entity*