IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BUNDREN LAW GROUP, PLLC. | ) | |
| | ) | |
| Plaintiff, | ) | FILED UNDER SEAL |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| ATLANTIC SPECIALTY | ) | |
| INSURANCE COMPANY, *et. al.* | ) | 4:24-CV-00900 |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S RESPONSE TO JIM HOFT AND TGP COMMUNICATIONS, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff BUNDREN LAW GROUP, PLLC moved the court to permit Plaintiff to file certain documents (Exhibits) in support of Plaintiff's Response in opposition to Defendants JIM HOFT and TGP COMMUNICATIONS, LLC's Motion to dismiss Plaintiff's First Amended Complaint (Dkt. #43) under seal, and the court finds that Plaintiff's Motion to file documents under seal should be GRANTED.

IT IS ORDERED that the following documents in support of Plaintiff's Response in opposition to Defendants JIM HOFT and TGP COMMUNICATIONS, LLC's Motion to dismiss Plaintiff's First Amended

Complaint (Dkt. #43) may be filed under seal:

1. Exhibit 3 referenced in ¶65 of the Affidavit of Charles Bundren in support of Plaintiff's Response;

2. Exhibit 4 referenced in ¶66 of the Affidavit of Charles Bundren in support of Plaintiff's Response;

3. Exhibit 5 referenced in ¶67 of the Affidavit of Charles Bundren in support of Plaintiff's Response;

4. Exhibit 6 referenced in ¶68 of the Affidavit of Charles Bundren in support of Plaintiff's Response;

5. Exhibit 7 referenced in ¶69 of the Affidavit of Charles Bundren in support of Plaintiff's Response;

6. Exhibit 8 referenced in ¶70 of the Affidavit of Charles Bundren in support of Plaintiff's Response;

7. Exhibit 9 referenced in ¶71 of the Affidavit of Charles Bundren in support of Plaintiff's Response; and,

8. Exhibit 10 referenced in ¶72 of the Affidavit of Charles Bundren in support of Plaintiff's Response;