**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| Bundren Law Group, PLLC, | Case No. 4:24-cv-00900-SDJ |
| Plaintiff, | |
| vs. | |
| Atlantic Specialty Insurance Company; One Beacon Professional Insurance Group; One Beacon Professional Insurance, Inc.; Intact Insurance Group, USA, LLC; Intact Insurance Group USA Holdings, Inc.; Intact Financial Corporation; TGP Communications, LLC; James "Jim" Hoft, individually; and Joe Hoft, individually, | |
| Defendants. | |

**NOTICE OF JOINDER TO DEFENDANT'S**
**OPPOSITION TO PLAINTIFF'S SECOND MOTION TO REMAND**

Defendant Atlantic Specialty Insurance Company ("ASIC") along with improperly named: Intact Financial Corporation, Intact Insurance Group USA Holdings Inc., Intact Insurance Group USA LLC, OneBeacon Professional Insurance, Inc., *a dissolved corporation*; and One Beacon Professional Insurance Group, *a fictitious entity* (collectively the "ASIC defendants") hereby join, and incorporate by reference, the arguments and authorities contained in Defendants TGP Communications, LLC and James "Jim" Hoft and Joe Hoft's ("Defendants"), Opposition to Plaintiff's Second Motion to Remand, filed on November 22, 2024 (ECF No. 61). The motion to remand should be denied.

Respectfully submitted,

By:  */s/ Nicholas J. O'Connell*
Nicholas J. O'Connell (Admitted *Pro Hac Vice*)
Intact U.S. Coverage Litigation Group
Intact Insurance Specialty Solutions
605 Highway 169 North, Suite 800
Plymouth, Minnesota 55441
Telephone: (952) 852-0481
Facsimile: (877) 654-1527
njoconnell@intactinsurance.com

AND

Daniel M. Karp, 24012937
Fee, Smith & Sharp LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: (972) 980-3293
Facsimile: (972) 934-9200
dkarp@feesmith.com

**ATTORNEYS FOR DEFENDANTS ATLANTIC SPECIALTY INSURANCE COMPANY; INTACT FINANCIAL CORPORATION; INTACT INSURANCE GROUP USA HOLDINGS INC.; INTACT INSURANCE GROUP USA LLC; ONEBEACON PROFESSIONAL INSURANCE, INC., a *dissolved corporation*; and ONE BEACON PROFESSIONAL INSURANCE GROUP, a *fictitious entity***