IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BUNDREN LAW GROUP, PLLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| ATLANTIC SPECIALTY | ) | |
| INSURANCE COMPANY,  ONE | ) | 4:24-CV-00900 |
| BEACON PROFESSIONAL | ) | |
| INSURANCE GROUP, ONE | ) | |
| BEACON PROFESSIONAL | ) | |
| INSURANCE, INC., INTACT | ) | |
| INSURANCE GROUP, USA, LLC, | ) | |
| TGP | ) | |
| COMMUNICATIONS, LLC, JAMES | ) | |
| "JIM" HOFT, INDIVIDUALLY, and | ) | |
| JOE HOFT, INDIVIDUALLY. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO JOE HOFT MOTION TO QUASH SERVICE OF PROCESS

# EXHIBIT 1

## AFFIDAVIT OF DUE DILIGENCE

**State of Texas**                                              **County of Eastern**

Case Number: 4:24-CV-00900

Plaintiff: **Bundren Law Group, PLLC**
vs.
Defendant: **Atlantic Specialty Insurance Company, et al**

For:
Wm Charles Bundren
Wm Charles Bundren & Associates, PLLC
2591 Dallas Parkway
Suite 300
Frisco, TX 75034

Received by Marcia Gillings on the 13th day of December, 2024 at 1:13 pm to be served on **Joe Hoft, 8750 S Ocean Dr, Apt 534, Jensen Beach, Martin County, FL 34957.**

I, Marcia Gillings, being duly sworn, depose and say that on the **6th day of January, 2025** at **3:28 pm**, I:

returned the **Summons in a Civil Action and Plaintiff's First Amended Original Complaint with Jury Demand UN-SERVED.** After due search, careful inquiry and diligent attempts I was unable to deliver the above listed documents to **Joe Hoft** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
12/16/2024  5:00 pm  Attempted Service 8750 S Ocean Dr Apt 534 Jensen Beach, FL 34957. This is a secure beach condominium Tower. Access is restricted. Management is closed at this time.
12/20/2024  2:09 pm  Attempted Service 8750 S Ocean Dr Apt 534 Jensen Beach, FL 34957. No response at the door. I spoke to Rebecca in Management. She confirmed defendant does live in unit 534. She also stated they could be away until the new year.
1/2/2025  2:30 pm  Attempted Service 8750 S Ocean Dr Apt 534 Jensen Beach, FL 34957. No response at the door.
1/6/2025  3:06 pm  Attempted Service 8750 S Ocean Dr Apt 534 Jensen Beach, FL 34957. No response at the door.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 6th day
of January, 2025 by the affiant who is personally
known to me.

NOTARY PUBLIC

**Marcia Gillings**
Process Server

**On Time Process Service**
**1700 Pacific Ave**
**Suite 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2024009026

