IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BUNDREN LAW GROUP, PLLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| ATLANTIC SPECIALTY | ) | |
| INSURANCE COMPANY,  ONE | ) | 4:24-CV-00900 |
| BEACON PROFESSIONAL | ) | |
| INSURANCE GROUP, ONE | ) | |
| BEACON PROFESSIONAL | ) | |
| INSURANCE, INC., INTACT | ) | |
| INSURANCE GROUP, USA, LLC, | ) | |
| TGP | ) | |
| COMMUNICATIONS, LLC, JAMES | ) | |
| "JIM" HOFT, INDIVIDUALLY, and | ) | |
| JOE HOFT, INDIVIDUALLY. | ) | |
| | ) | |
| Defendants. | ) | |

---

## PLAINTIFF'S RESPONSE TO JOE HOFT MOTION TO QUASH SERVICE OF PROCESS

---

# EXHIBIT 2

**ATTORNEYS AND COUNSELORS**
# BUNDREN LAW GROUP, PLLC
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.                          Telephone: 214.808.3555
E-Mail: Charles@bundrenlaw.net                     Fax: 972.624.5340

**NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

October 12, 2024

**DELIVERED VIA EMAIL AS FOLLOWS:**

**EMAIL:** Joseph "Joe" Hoft
      jwhoft@gmail.com

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

**Re:** *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* **and** *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

**Re:**    **Re:** *Ruby Freeman and Wandrea Moss, Plaintiffs v. James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a THE GATEWAY PUNDIT, Defendant.* Case No. 2122-CC-09815-01, IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI TWENTY-SECOND JUDICIAL CIRCUIT.

**Re:**    Insurance Policy Number:    MEP-25081-21
        Renewal of:             MEP -23005-20
        Insurer:                ONE    BEACON    PROFESSIONAL
                                      INSURANCE,

1

|                              | 6800 College Blvd., Suite 350, Overland Park, KS 66211. |
| Underwriter:                 | Atlantic Specialty Insurance Company ("Underwriter"), 150 Royall Street, Canton, MA 02021 |
| Insurance policy description: | Media Advantage Policy |
| Named Insured:               | TGP Communications, LLC, 5105 Lindell Boulevard, St. Louis, MO 63108. |
| Account No.                  | 199908 |

DEAR JOE HOFT:

In accordance with the Order of the United States District Court Judge Amos Mazzant of the United States District Court for the Eastern District of Texas Sherman Division, the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

(1)     Doc. 4 -- PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT filed October 11, 2024;

(2)     Doc. 6- MEMORANDUM OPINION AND ORDER of the United States District Court Judge Amos Mazzant dated October 11, 2024;

(3)     Doc. 7 -- PLAINTIFF'S ORIGINAL COMPLAINT filed October 12, 2024; and,

(4)     Doc. 8 -- PLAINTIFF'S DEMAND FOR JURY TRIAL filed October 12, 2024,

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division.

Very truly yours,

2

By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

 **Outlook**

**Re. BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL**

**From** William Charles Bundren <charles@bundrenlaw.net>
**Date** Mon 10/28/2024 5:43 PM
**To**    Joe and Jim Hoft GATEWAY PUNDIT <jwhoft@gmail.com>

📎 2 attachments (378 KB)
Doc. 39 Plaintiif's First Amended Original Complaint FILED October 28, 2024.pdf; October 28, 2024 BLG email to Joe Hoft re USDC EDTX Doc. 39 PFAOC.pdf;

## NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

October 28, 2024

**DELIVERED VIA EMAIL AS FOLLOWS:**

**EMAIL:** Joseph "Joe" Hoft

jwhoft@gmail.com

JOSEPH "JOE" HOFT

1820 NE Jensen Beach Blvd., Suite 1120

Jensen Beach, FL 34957

Re:    Re: *Ruby Freeman and Wandrea Moss, Plaintiffs v. James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a THE GATEWAY PUNDIT, Defendant.* Case No. 2122-CC-09815-01, IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI TWENTY-SECOND JUDICIAL CIRCUIT.

Re:    Insurance Policy Number:    MEP-25081-21

Renewal of:                          MEP -23005-20

Insurer:                             ONE BEACON PROFESSIONAL INSURANCE,

                                     6800 College Blvd., Suite 350, Overland Park, KS
                                     66211.

Underwriter:                                    Atlantic Specialty Insurance Company
                                     ("Underwriter"), 150 Royall Street,

                                     Canton, MA 02021

Insurance policy description:    Media Advantage Policy

Named Insured:                              TGP Communications, LLC, 5105 Lindell
                                     Boulevard, St. Louis, MO 63108.

Account No.                          199908

DEAR JOE HOFT:

       In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the
United States District Court for the Eastern District of Texas, attached please find a copy
of the following:

       (1)    Doc. 39 -- PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT filed
              on October 28, 2024.

filed in the above referenced case pending in the United States District Court for the
Eastern District of Texas Sherman Division.


                          Very truly yours,

                          By: /s/ Charles Bundren


                          BUNDREN LAW GROUP, PLLC

                          Wm. Charles Bundren, Esq.,

                          **ATTORNEY FOR PLAINTIFF:**

                          **BUNDREN LAW GROUP, PLLC.**

Wm. Charles Bundren, Esq.
Texas State Bar No. 03343200
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
Telephone: 214.808.3555
Fax: 972.624.5340
Cell: 214.808.3555
e-mail: charles@bundrenlaw.net
John 3:16
Ps. 78

**STATEMENT OF CONFIDENTIALITY**
The information contained in this electronic communication and any attachment to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient please notify Wm. Charles Bundren, Esq. at 214.808.3555, and destroy all copies of this message and any attachments, IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S federal tax advice contained in this communication (including any attachments) not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**ATTORNEYS AND COUNSELORS**
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.                    Telephone: 214.808.3555
E-Mail: Charles@bundrenlaw.net               Fax: 972.624.5340

**NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

October 28, 2024

**DELIVERED VIA EMAIL AS FOLLOWS:**

**EMAIL:** Joseph "Joe" Hoft
        jwhoft@gmail.com

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

Re:    Re: *Ruby Freeman and Wandrea Moss, Plaintiffs v. James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a THE GATEWAY PUNDIT, Defendant.* Case No. 2122-CC-09815-01, IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI TWENTY-SECOND JUDICIAL CIRCUIT.

Re:    Insurance Policy Number:        MEP-25081-21
       Renewal of:                     MEP -23005-20
       Insurer:                        ONE    BEACON    PROFESSIONAL

1

|                              | INSURANCE, 6800 College Blvd., Suite 350, Overland Park, KS 66211. |
| Underwriter:                 | Atlantic Specialty Insurance Company ("Underwriter"), 150 Royall Street, Canton, MA 02021 |
| Insurance policy description: | Media Advantage Policy |
| Named Insured:               | TGP Communications, LLC, 5105 Lindell Boulevard, St. Louis, MO 63108. |
| Account No.                  | 199908 |

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

(1)    Doc. 39 -- PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT filed on October 28, 2024.

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division.

Very truly yours,

By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

11/12/24, 5:57 PM                                   Mail - William Charles Bundren - Outlook

 **Outlook**

---

**BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL COR**

---

**From** William Charles Bundren <charles@bundrenlaw.net>

**Date** Tue 11/12/2024 5:56 PM

**To**    Joe and Jim Hoft GATEWAY PUNDIT <jwhoft@gmail.com>

📎 25 attachments (16 MB)
Doc. 50 Plaintiff's SURREPLY to TGP M Transfer Venue FILED November 12, 2024.pdf; Doc. 50-1 Plaintiff's SURREPLY to TGP M Transfer Venue AFFIDAVIT FILED November 12, 2024.pdf; Doc. 50-2 Plaintiff's SURREPLY to TGP M Transfer Venue EX 1 TGP BK filing Fla FILED November 12, 2024.pdf; Doc. 50-3 Plaintiff's SURREPLY to TGP M Transfer Venue EX 2 ORDER Dismiss TGP BK FILED November 12, 2024.pdf; Doc. 50-4 Plaintiff's SURREPLY to TGP M Transfer Venue EX 3 TGP BK Equity Holder FILED November 12, 2024.pdf; Doc. 50-5 Plaintiff's SURREPLY to TGP M Transfer Venue EX 4 TGP BK Summary TGP Assetts FILED November 12, 2024.pdf; Doc. 50-6 Plaintiff's SURREPLY to TGP M Transfer Venue EX 5 TGP BK ORDER DENY M. Stay FILED November 12, 2024.pdf; Doc. 50-7 Plaintiff's SURREPLY to TGP M Transfer Venue EX 6 TGP BK Docket Sheet FILED November 12, 2024.pdf; Doc. 50-8 Plaintiff's SURREPLY to TGP M Transfer Venue EX 7 TGP FAC ED Miss. FILED November 12, 2024.pdf; Doc. 50-9 Plaintiff's SURREPLY to TGP M Transfer Venue EX 8 BLG MTD ED Miss.FILED November 12, 2024.pdf; Doc. 50-10 Plaintiff's SURREPLY to TGP M Transfer Venue EX 9 BLG MTD ED Miss. FILED November 12, 2024.pdf; Doc. 50-11 Plaintiff's SURREPLY to TGP M Transfer Venue EX 10 BLG MEMO LAW TRO ED Miss. FILED November 12, 2024.pdf; Doc. 50-12 Plaintiff's SURREPLY to TGP M Transfer Venue EX 11 BLG SURREPLY TRO ED Miss. FILED November 12, 2024.pdf; Doc. 50-13 Plaintiff's SURREPLY to TGP M Transfer Venue EX 12 ED Miss. Docket Sheet FILED November 12, 2024.pdf; Doc. 50-14 Plaintiff's SURREPLY to TGP M Transfer Venue EX 13 Aug 19, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-15 Plaintiff's SURREPLY to TGP M Transfer Venue EX 14 Aug 29, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-16 Plaintiff's SURREPLY to TGP M Transfer Venue EX 15 Sept 24, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-17 Plaintiff's SURREPLY to TGP M Transfer Venue EX 16 Reply Sept 24, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-18 Plaintiff's SURREPLY to TGP M Transfer Venue EX 17 Reply 2 Sept 24, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-19 Plaintiff's SURREPLY to TGP M Transfer Venue EX 18 JH Sept 24, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-20 Plaintiff's SURREPLY to TGP M Transfer Venue EX 19 Sept 25, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-21 Plaintiff's SURREPLY to TGP M Transfer Venue EX 20 Sept 25, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-22 Plaintiff's SURREPLY to TGP M Transfer Venue EX 21 Sept 27, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-23 Plaintiff's SURREPLY to TGP M Transfer Venue EX 22 November 7, 2024 BURNS AFF. FILED November 12, 2024.pdf; Doc. 50-24 Plaintiff's SURREPLY to TGP M Transfer Venue EX 23 TGP BK Joint Stp Facts FILED November 12, 2024.pdf;

## NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

November 12, 2024

## DELIVERED VIA EMAIL AS FOLLOWS:

**EMAIL:** Joseph "Joe" Hoft

jwhoft@gmail.com

JOSEPH "JOE" HOFT

1820 NE Jensen Beach Blvd., Suite 1120

Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

1.    Doc. 50 and 50 -1 through 50-24 --PLAINTIFF'S SURRREPLY to Doc. 46 –TGP REPLY IN SUPPORT OF TGP MOTION TO TRANSFER VENUE and AFFIDAVIT OF CHARLES BUNDREN IN SUPPORT OF PLAINTIFF'S SURRREPLY to Doc. 46 –TGP REPLY IN SUPPORT OF TGP MOTION TO TRANSFER VENUE with 23 EXHIBITS.

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division today, November 12, 2024.

Very truly yours,

By: /s/ Charles Bundren

BUNDREN LAW GROUP, PLLC

Wm. Charles Bundren, Esq.,

**ATTORNEY FOR PLAINTIFF:**

# BUNDREN LAW GROUP, PLLC.

Wm. Charles Bundren, Esq.
Texas State Bar No. 03343200
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
Telephone: 214.808.3555
Fax: 972.624.5340
Cell: 214.808.3555
e-mail: charles@bundrenlaw.net
John 3:16
Ps. 78

**STATEMENT OF CONFIDENTIALITY**
The information contained in this electronic communication and any attachment to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient please notify Wm. Charles Bundren, Esq. at 214.808.3555, and destroy all copies of this message and any attachments, IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S federal tax advice contained in this communication (including any attachments) not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 Outlook

**BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL COR**

**From** William Charles Bundren <charles@bundrenlaw.net>
**Date** Tue 11/12/2024 5:56 PM
**To** Joe and Jim Hoft GATEWAY PUNDIT <jwhoft@gmail.com>

📎 25 attachments (16 MB)
Doc. 50 Plaintiff's SURREPLY to TGP M Transfer Venue FILED November 12, 2024.pdf; Doc. 50-1 Plaintiff's SURREPLY to TGP M Transfer Venue AFFIDAVIT FILED November 12, 2024.pdf; Doc. 50-2 Plaintiff's SURREPLY to TGP M Transfer Venue EX 1 TGP BK filing Fla FILED November 12, 2024.pdf; Doc. 50-3 Plaintiff's SURREPLY to TGP M Transfer Venue EX 2 ORDER Dismiss TGP BK FILED November 12, 2024.pdf; Doc. 50-4 Plaintiff's SURREPLY to TGP M Transfer Venue EX 3 TGP BK Equity Holder FILED November 12, 2024.pdf; Doc. 50-5 Plaintiff's SURREPLY to TGP M Transfer Venue EX 4 TGP BK Summary TGP Assetts FILED November 12, 2024.pdf; Doc. 50-6 Plaintiff's SURREPLY to TGP M Transfer Venue EX 5 TGP BK ORDER DENY M. Stay FILED November 12, 2024.pdf; Doc. 50-7 Plaintiff's SURREPLY to TGP M Transfer Venue EX 6 TGP BK Docket Sheet FILED November 12, 2024.pdf; Doc. 50-8 Plaintiff's SURREPLY to TGP M Transfer Venue EX 7 TGP FAC ED Miss. FILED November 12, 2024.pdf; Doc. 50-9 Plaintiff's SURREPLY to TGP M Transfer Venue EX 8 BLG MTD ED Miss.FILED November 12, 2024.pdf; Doc. 50-10 Plaintiff's SURREPLY to TGP M Transfer Venue EX 9 BLG MTD ED Miss. FILED November 12, 2024.pdf; Doc. 50-11 Plaintiff's SURREPLY to TGP M Transfer Venue EX 10 BLG MEMO LAW TRO ED Miss. FILED November 12, 2024.pdf; Doc. 50-12 Plaintiff's SURREPLY to TGP M Transfer Venue EX 11 BLG SURREPLY TRO ED Miss. FILED November 12, 2024.pdf; Doc. 50-13 Plaintiff's SURREPLY to TGP M Transfer Venue EX 12 ED Miss. Docket Sheet FILED November 12, 2024.pdf; Doc. 50-14 Plaintiff's SURREPLY to TGP M Transfer Venue EX 13 Aug 19, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-15 Plaintiff's SURREPLY to TGP M Transfer Venue EX 14 Aug 29, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-16 Plaintiff's SURREPLY to TGP M Transfer Venue EX 15 Sept 24, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-17 Plaintiff's SURREPLY to TGP M Transfer Venue EX 16 Reply Sept 24, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-18 Plaintiff's SURREPLY to TGP M Transfer Venue EX 17 Reply 2 Sept 24, 2024 demand payment FILED November 12, 2024.pdf; Doc. 50-19 Plaintiff's SURREPLY to TGP M Transfer Venue EX 18 JH Sept 24, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-20 Plaintiff's SURREPLY to TGP M Transfer Venue EX 19 Sept 25, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-21 Plaintiff's SURREPLY to TGP M Transfer Venue EX 20 Sept 25, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-22 Plaintiff's SURREPLY to TGP M Transfer Venue EX 21 Sept 27, 2024 demand payment email FILED November 12, 2024.pdf; Doc. 50-23 Plaintiff's SURREPLY to TGP M Transfer Venue EX 22 November 7, 2024 BURNS AFF. FILED November 12, 2024.pdf; Doc. 50-24 Plaintiff's SURREPLY to TGP M Transfer Venue EX 23 TGP BK Joint Stp Facts FILED November 12, 2024.pdf;

## NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

November 12, 2024

## DELIVERED VIA EMAIL AS FOLLOWS:

**EMAIL:** Joseph "Joe" Hoft

jwhoft@gmail.com

JOSEPH "JOE" HOFT

1820 NE Jensen Beach Blvd., Suite 1120

Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

1.    Doc. 50 and 50 -1 through 50-24 --PLAINTIFF'S SURRREPLY to Doc. 46 –TGP REPLY IN SUPPORT OF TGP MOTION TO TRANSFER VENUE and AFFIDAVIT OF CHARLES BUNDREN IN SUPPORT OF PLAINTIFF'S SURRREPLY to Doc. 46 –TGP REPLY IN SUPPORT OF TGP MOTION TO TRANSFER VENUE with 23 EXHIBITS.

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division today, November 12, 2024.

Very truly yours,

By: /s/ Charles Bundren

BUNDREN LAW GROUP, PLLC

Wm. Charles Bundren, Esq.,

**ATTORNEY FOR PLAINTIFF:**

Mail - William Charles Bundren - Outlook

# BUNDREN LAW GROUP, PLLC.

Wm. Charles Bundren, Esq.
Texas State Bar No. 03343200
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
Telephone: 214.808.3555
Fax: 972.624.5340
Cell: 214.808.3555
e-mail: charles@bundrenlaw.net
John 3:16
Ps. 78

**STATEMENT OF CONFIDENTIALITY**
The information contained in this electronic communication and any attachment to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient please notify Wm. Charles Bundren, Esq. at 214.808.3555, and destroy all copies of this message and any attachments, IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S federal tax advice contained in this communication (including any attachments) not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**ATTORNEYS AND COUNSELORS**
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.                    Telephone: 214.808.3555
E-Mail: Charles@bundrenlaw.net

**NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

November 12, 2024

**DELIVERED VIA FEDERAL EXPRESS AS FOLLOWS:**

**EMAIL:** Joseph "Joe" Hoft
       jwhoft@gmail.com

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY, and JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

(1)        Doc. 50 and 50 -1 through 50-24 --PLAINTIFF'S SURRREPLY to Doc.

1

46 –TGP REPLY IN SUPPORT OF TGP MOTION TO TRANSFER VENUE and AFFIDAVIT OF CHARLES BUNDREN IN SUPPORT OF PLAINTIFF'S SURRREPLY to Doc. 46 –TGP REPLY IN SUPPORT OF TGP MOTION TO TRANSFER VENUE with 23 EXHIBITS.

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division.

Very truly yours,

By: _____

BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

2

 Outlook

---

**Request from Joe Hoft**

---

**From** jwhoft@gmail.com <jwhoft@gmail.com>

**Date** Fri 11/15/2024 8:03 AM

**To** William Charles Bundren <charles@bundrenlaw.net>

**Cc** 'Hoft Jim' <jimhoft@gmail.com>; 'Jonathon Burns' <john@burns-law-firm.com>; jwhoft@gmail.com <jwhoft@gmail.com>

Charles,

I hope all is well. I'm not sure if this is accurate or not but I heard that you may have had some medical issues recently and I hope that you are recovering quickly.

I am writing to request that you kindly remove me from the lawsuit with Atlantic Specialty Insurance Company and related insurance companies, The Gateway Pundit, and my brother Jim.

My request is based on the following:

1.    The lawsuit that you have filed against me and those noted above appears to be in response to the lawsuit that was filed by Jim and the Gateway Pundit against you.

2.    I was not involved in the suit against you nor was I a party to this case.

3.    I was not asked to join Jim and the Gateway Pundit in the suit.

4.    I was not briefed about the suit before it was filed.

5.    I was not included in the suit against you.

6.    The insurance companies that you included in this case against me, Jim and the Gateway Pundit were companies that I had no part in hiring.

7.    I did not purchase the policy.

8.    I was not on the policy.

9.    I made no decisions on what payments were made to you related to this policy.

10.    I paid no premiums related to this policy.

11.    I literally have no control over what the insurance companies pay in regard to the policy.

12.    I was not involved in any decisions on whether to pay you or not related to the money that you're requesting from the insurance companies.

I hope you can't consider the above and kindly remove me from the suit against Jim, the Gateway Pundit and the insurance companies.

Mail - William Charles Bundren - Outlook

I appreciate your quick attention to this matter.

Best wishes and wishing you good health.

Joe Hoft

11/16/24, 11:18 AM                                  Mail - William Charles Bundren - Outlook

 Outlook

**BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL COR**

**From** William Charles Bundren <charles@bundrenlaw.net>
**Date** Sat 11/16/2024 11:17 AM
**To**    Joe and Jim Hoft GATEWAY PUNDIT <jwhoft@gmail.com>

📎 20 attachments (11 MB)
Doc. 55 Plaintiff's Response to TGP MTD P.'s FAC FILED November 15, 2024.pdf; Doc. 55-1 Plaintiff's Response to TGP MTD P.'s FAC AFF Bundren FILED November 15, 2024.pdf; Doc. 55-2 Plaintiff's Response to TGP MTD P.'s FAC EX. 1 Retainer Agreement FILED November 15, 2024.pdf; Doc. 55-3 Plaintiff's Response to TGP MTD P.'s FAC EX. 2 Insurance Policy FILED November 15, 2024.pdf; Doc. 55-4 Plaintiff's Response to TGP MTD P.'s FAC EX. 11 August 19 email FILED November 15, 2024.pdf; Doc. 55-5 Plaintiff's Response to TGP MTD P.'s FAC EX. 12 August 29 email FILED November 15, 2024.pdf; Doc. 55-6 Plaintiff's Response to TGP MTD P.'s FAC EX. 13 September 24 email FILED November 15, 2024.pdf; Doc. 55-7 Plaintiff's Response to TGP MTD P.'s FAC EX. 14 September 24 email FILED November 15, 2024.pdf; Doc. 55-8 Plaintiff's Response to TGP MTD P.'s FAC EX. 15 September 24 email FILED November 15, 2024.pdf; Doc. 55-9 Plaintiff's Response to TGP MTD P.'s FAC EX. 16 September 25 email FILED November 15, 2024.pdf; Doc. 55-10 Plaintiff's Response to TGP MTD P.'s FAC EX. 17 September 25 email FILED November 15, 2024.pdf; Doc. 55-11 Plaintiff's Response to TGP MTD P.'s FAC EX. 18 September 25 email FILED November 15, 2024.pdf; Doc. 55-12 Plaintiff's Response to TGP MTD P.'s FAC EX. 19 September 25 email FILED November 15, 2024.pdf; Doc. 55-13 Plaintiff's Response to TGP MTD P.'s FAC EX. 20 September 27 email FILED November 15, 2024.pdf; Doc. 55-14 Plaintiff's Response to TGP MTD P.'s FAC EX. 21 TGP Vol BK FILED November 15, 2024.pdf; Doc. 55-15 Plaintiff's Response to TGP MTD P.'s FAC EX. 22 ORDER DISMISS TGP BK FILED November 15, 2024.pdf; Doc. 55-16 Plaintiff's Response to TGP MTD P.'s FAC EX. 23 TGP BK JOINT STIP FACTS FILED November 15, 2024.pdf; Doc. 55-17 Plaintiff's Response to TGP MTD P.'s FAC EX. 24 Georgia Verfied Petition FILED November 15, 2024.pdf; Doc. 55-18 Plaintiff's Response to TGP MTD P.'s FAC PROPSED ORDER DENY FILED November 15, 2024.pdf; November 16, 2024 BLG email to Joe Hoft re USDC EDTX Doc. 55 and 55-1 thru 55-18 Resp MTD.pdf;

## NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR

## THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

November 16, 2024

**DELIVERED VIA EMAIL AS FOLLOWS:**

**EMAIL:**  Joseph "Joe" Hoft

jwhoft@gmail.com


JOSEPH "JOE" HOFT

1820 NE Jensen Beach Blvd., Suite 1120

Jensen Beach, FL 34957


Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

1.    Doc. 55 and 55 -1 through 55-18 – (1) PLAINTIFF'S RESPONSE to Doc. 43 and 43-1, Jim Hoft and TGP MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT and AFFIDAVIT OF JOHN BURNS, ESQ., and (2) Affidavit of Charles Bundren, Esq. in support of PLAINTIFF'S RESPONSE to Doc. 43 and 43-1, Jim Hoft and TGP MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT and AFFIDAVIT OF JOHN BURNS, ESQ. with 15 attached exhibits,

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division on November 15, 2024.


Very truly yours,

By: /s/ Charles Bundren


BUNDREN LAW GROUP, PLLC

Wm. Charles Bundren, Esq.,

## ATTORNEY FOR PLAINTIFF:

## BUNDREN LAW GROUP, PLLC.

Wm. Charles Bundren, Esq.
Texas State Bar No. 03343200
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
Telephone: 214.808.3555
Fax: 972.624.5340
Cell: 214.808.3555
e-mail: charles@bundrenlaw.net
John 3:16
Ps. 78

**STATEMENT OF CONFIDENTIALITY**
The information contained in this electronic communication and any attachment to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient please notify Wm. Charles Bundren, Esq. at 214.808.3555, and destroy all copies of this message and any attachments, IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S federal tax advice contained in this communication (including any attachments) not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**ATTORNEYS AND COUNSELORS**
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.                          Telephone: 214.808.3555
E-Mail: Charles@bundrenlaw.net                     Fax: 972.624.5340

**NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT**
**COURT FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

November 16, 2024

**DELIVERED VIA EMAIL AS FOLLOWS:**

**EMAIL:**  Joseph "Joe" Hoft
           jwhoft@gmail.com

**JOSEPH "JOE" HOFT**
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

1. Doc. 55 and 55 -1 through 55-18 – (1) PLAINTIFF'S RESPONSE to Doc. 43 and 43-1, Jim Hoft and TGP MOTION TO DISMISS PLAINTIFF'S FIRST

1

AMENDED ORIGINAL COMPLAINT and AFFIDAVIT OF JOHN BURNS, ESQ., and (2) Affidavit of Charles Bundren, Esq. in support of PLAINTIFF'S RESPONSE to Doc. 43 and 43-1, Jim Hoft and TGP MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT and AFFIDAVIT OF JOHN BURNS, ESQ. with 15 attached exhibits,

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division on November 15, 2024.

Very truly yours,

By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

2

**ATTORNEYS AND COUNSELORS**
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.                    Telephone: 214.808.3555
E-Mail: Charles@bundrenlaw.net

**NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT**
**COURT FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

November 16, 2024

**DELIVERED VIA FEDERAL EXPRESS AS FOLLOWS:**

**EMAIL:** Joseph "Joe" Hoft
        jwhoft@gmail.com

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

DEAR JOE HOFT:

    In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

        Doc. 55 and 55 -1 through 55-18 – (1) PLAINTIFF'S RESPONSE to

1

Doc. 43 and 43-1, Jim Hoft and TGP MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT and AFFIDAVIT OF JOHN BURNS, ESQ., and (2) Affidavit of Charles Bundren, Esq. in support of PLAINTIFF'S RESPONSE to Doc. 43 and 43-1, Jim Hoft and TGP MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT and AFFIDAVIT OF JOHN BURNS, ESQ. with 15 attached exhibits,

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division.

Very truly yours,

By: _____

BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

**William Charles Bundren**

| | |
|---|---|
| **From:** | William Charles Bundren |
| **Sent:** | Saturday, November 30, 2024 11:13 AM |
| **To:** | jwhoft@gmail.com |
| **Subject:** | Re: Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFE |
| **Attachments:** | November 30, 2024 BLG email to Joe Hoft re USDC EDTX Doc. 65.pdf; Doc. 65 Plaintiff's Reply to TGP Response to Ps. Seond M. to Remand FILED November 29, 2024.pdf |

## NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

November 30, 2024

## DELIVERED VIA EMAIL AS FOLLOWS:

**EMAIL:** Joseph "Joe" Hoft
jwhoft@gmail.com

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,*

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

1

1. DOCUMENT 65- PLAINTIFF'S REPLY to TGP COMMUNICATIONS, LLC and HOFT'S RESPONSE (Doc. 61) in OPPOSITION TO (DOC. 59) PLAINTIFF'S SECOND MOTION TO REMAND.

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division on November 29, 2024.

Very truly yours,

By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

,

2

**William Charles Bundren**

| | |
|---|---|
| **From:** | William Charles Bundren |
| **Sent:** | Saturday, December 14, 2024 1:48 PM |
| **To:** | jwhoft@gmail.com |
| **Subject:** | Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIO |
| **Attachments:** | Doc. 70 P's Resp. TGP M. Strike P's M Seal and Sealed M FILED December 13, 2024.pdf |

## NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

December 14, 2024

## DELIVERED VIA EMAIL AS FOLLOWS:

**EMAIL:**  Joseph "Joe" Hoft
jwhoft@gmail.com

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,*

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

1

1. Document 70 -- PLAINTIFF'S RESPONSE TO TGP COMMUNICATIONS and JIM HOFT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO SEAL AND SEALED MOTION

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division on December 13, 2024.


Very truly yours,


By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**


Wm. Charles Bundren, Esq.
Texas State Bar No. 03343200
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
Telephone: 214.808.3555
Cell: 214.808.3555
e-mail: charles@bundrenlaw.net
John 3:16
Ps. 78

**STATEMENT OF CONFIDENTIALITY**
The information contained in this electronic communication and any attachment to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient please notify Wm. Charles Bundren, Esq. at 214.808.3555, and destroy all copies of this message and any attachments, IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S federal tax advice contained in this communication (including any attachments) not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.