IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BUNDREN LAW GROUP, PLLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| ATLANTIC SPECIALTY | ) | |
| INSURANCE COMPANY, ONE | ) | 4:24-CV-00900 |
| BEACON PROFESSIONAL | ) | |
| INSURANCE GROUP, ONE | ) | |
| BEACON PROFESSIONAL | ) | |
| INSURANCE, INC., INTACT | ) | |
| INSURANCE GROUP, USA, LLC, | ) | |
| TGP | ) | |
| COMMUNICATIONS, LLC, JAMES | ) | |
| "JIM" HOFT, INDIVIDUALLY, and | ) | |
| JOE HOFT, INDIVIDUALLY. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO JOE HOFT MOTION TO QUASH SERVICE OF PROCESS**

# EXHIBIT 3

**ATTORNEYS AND COUNSELORS**
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.                                    Telephone: 214.808.3555
E-Mail: Charles@bundrenlaw.net                               Fax: 972.624.5340

**NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

October 12, 2024

**DELIVERED VIA FEDERAL EXPRESS**

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

Re:   Re: *Ruby Freeman and Wandrea Moss, Plaintiffs v. James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a THE GATEWAY PUNDIT, Defendant.* Case No. 2122-CC-09815-01, IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI TWENTY-SECOND JUDICIAL CIRCUIT.

| Re: | Insurance Policy Number: | MEP-25081-21 |
| --- | --- | --- |
|     | Renewal of: | MEP-23005-20 |
|     | Insurer: | ONE BEACON PROFESSIONAL INSURANCE, 6800 College Blvd., Suite 350, Overland Park, KS 66211. |
|     | Underwriter: | Atlantic Specialty Insurance Company |

1

|  |  |
|---|---|
| Insurance policy description: | ("Underwriter"), 150 Royall Street, Canton, MA 02021<br>Media Advantage Policy |
| Named Insured: | TGP Communications, LLC, 5105 Lindell Boulevard, St. Louis, MO 63108. |
| Account No. | 199908 |

DEAR JOE HOFT:

In accordance with the Order of the United States District Court Judge Amos Mazzant of the United States District Court for the Eastern District of Texas Sherman Division, the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

(1) Doc. 4 -- PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT filed October 11, 2024;

(2) Doc. 4-1 -- Affidavit in support of PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT filed October 11, 2024;

(3) Doc. 4-2 -- PLAINTIFF'S PROPOSED TEMPORARY RESTRAINING ORDER in support of PLAINTIFF'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT filed October 11, 2024

(4) Doc. 6- MEMORANDUM OPINION AND ORDER of the United States District Court Judge Amos Mazzant dated October 11, 2024;

(5) Doc. 7 -- PLAINTIFF'S ORIGINAL COMPLAINT filed October 12, 2024; and,

(6) Doc. 8 -- PLAINTIFF'S DEMAND FOR JURY TRIAL filed October 12, 2024,

2

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division.

Very truly yours,

By: _____
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

**ATTORNEYS AND COUNSELORS**
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.　　　　　　　　　　Telephone: 214.808.3555
E-Mail: Charles@bundrenlaw.net　　　　　　　　Fax: 972.624.5340

**NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

October 28, 2024

**DELIVERED VIA FEDERAL EXPRESS AS FOLLOWS:**

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,* Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division.

Re:　Re: *Ruby Freeman and Wandrea Moss, Plaintiffs v. James Hoft, Joseph Hoft, and TGP Communications LLC d/b/a THE GATEWAY PUNDIT, Defendant.* Case No. 2122-CC-09815-01, IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI TWENTY-SECOND JUDICIAL CIRCUIT.

| Re: | Insurance Policy Number: | MEP-25081-21 |
| | Renewal of: | MEP -23005-20 |
| | Insurer: | ONE BEACON PROFESSIONAL INSURANCE, 6800 College Blvd., Suite 350, Overland Park, KS 66211. |

1

| | |
|---|---|
| Underwriter: | Atlantic Specialty Insurance Company ("Underwriter"), 150 Royall Street, Canton, MA 02021 |
| Insurance policy description: | Media Advantage Policy |
| Named Insured: | TGP Communications, LLC, 5105 Lindell Boulevard, St. Louis, MO 63108. |
| Account No. | 199908 |

DEAR JOE HOFT:

In accordance with the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Eastern District of Texas, attached please find a copy of the following:

(1)    Doc. 39 -- PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT filed on October 28, 2024.

filed in the above referenced case pending in the United States District Court for the Eastern District of Texas Sherman Division.

Very truly yours,

By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

 Outlook

### FedEx Shipment 779649016157: Your package has been delivered

From TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
Date Mon 11/4/2024 12:46 PM
To   William Charles Bundren <charles@bundrenlaw.net>

Hi, Joseph "Joe" Hoft. Your package from BUNDREN LAW GROUP, LLC was delivered Mon, 11/04/2024 at 1:39pm.

| | |
|---|---|
| Scheduled delivery : | Mon 11/04/2024 |
| Estimated between : | 10:30am - 2:30pm |
| Status: | Delivered |

| | |
|---|---|
| Tracking number : | 779649016157 |
| Ship date : | Thu 10/31/2024 08:44 AM |
| Delivery date : | Mon, 11/04/2024   2:30pm |
| Actual delivery : | Mon, 11/04/2024   1:39pm |
| Signed for by : | L.VOTILY |
| Delivery location : | JENSEN BEACH , FL |
| Delivered to : | Receptionist/Front Desk |
| Packaging type : | FedEx Small Box |
| Origin : | FRISCO, TX, US, 75034 |
| Destination : | JENSEN BEACH, FL, US, 34957 |
| Special handling/services : | Deliver Weekday |
| | No Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 2.00 LB |
| Service type : | FedEx 2Day® |

| Shipper Information | Recipient Information |
|---|---|
| BUNDREN LAW GROUP, LLC | Joseph "Joe" Hoft |
| 2591 Dallas Pkwy | 1820 NE JENSEN BEACH BLVD |
| ste 300 | STE 1120 |
| FRISCO | JENSEN BEACH |
| TX | FL |
| US | US |
| 75034 | 34957 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:46 PM CST 11/04/2024.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=779649016157&language=en&opco=FX&clienttype=ivother

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

 Outlook

### FedEx Shipment 779939846527: Your package has been delivered

From TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
Date Fri 11/15/2024 3:37 PM
To    William Charles Bundren <charles@bundrenlaw.net>

Hi, Joseph "Joe" Hoft. Your package from Wm Charles Bundren, Esq was delivered Fri, 11/15/2024 at 4:30pm.

Scheduled delivery :      Fri, 11/15/2024 by 5:00pm

Status:                   Delivered

| | |
|---|---|
| Tracking number : | 779939846527 |
| Ship date : | Wed 11/13/2024 04:53 PM |
| Delivery date : | Fri, 11/15/2024    2024-11-15T13:50:00.000-05:00 |
| Actual delivery : | Fri, 11/15/2024    4:30pm |
| Delivery location : | JENSEN BEACH , FL |
| Packaging type : | FedEx Small Box |
| Origin : | FRISCO, TX, US, 75034 |
| Destination : | JENSEN BEACH, FL, US, 34957 |
| Special handling/services : | Deliver Weekday |
| | No Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 7.00 LB |
| Service type : | FedEx 2Day® |

| Shipper Information | Recipient Information |
|---|---|
| Wm Charles Bundren, Esq | Joseph "Joe" Hoft |
| 2591 Dallas Pkwy | 1820 NE Jensen Beach Blvd |
| Ste 300 | Ste 1120 |
| FRISCO | JENSEN BEACH |
| TX | FL |
| US | US |
| 75034 | 34957 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:37 PM CST 11/15/2024.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://www.fedex.com/apps/fedextrack/?action=track&tracknumbers=779939846527&language=en&opco=FX&clienttype=ivother

© 2024 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.