IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BUNDREN LAW GROUP, PLLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY, and JOE HOFT, INDIVIDUALLY. | ) ) ) ) ) ) ) ) ) ) ) ) | 4:24-CV-00900 |
| Defendants. | ) | |

## ORDER DENYING
## JOE HOFT MOTION TO QUASH SERVICE OF PROCESS

On this day the Court considered Defendant, Joe Hoft's ("Hoft") Motion to Quash Service of Process and extend time for Hoft to file an answer to Plaintiff's Amended Complaint and finds that the motion should be denied.

IT IS ORDERED that Joe Hoft's motion to quash service of process is denied.