November 18, 2025

U.S. District Clerk 101 E. Pecan Street, Suite 220 Sherman, TX 75090

Re: Bundren Law Group, PLLC v. Atlantic Specialty, et al. Case No. 4:24-cv-00900-SDJ

Dear Clerk,

I am a pro se litigant approved for ECF filing (Doc. 86). Due to repeated technical difficulties logging in and uploading, I am submitting this paper filing of my Answer to Plaintiff's Second Amended Complaint (ECF 90) and Counterclaims.

Please file and scan into the ECF system at your earliest convenience. I will continue attempting to e-file as well.

Thank you.

Sincerely,

/s/ Joseph Hoft

Joseph Hoft, Pro Se

8750 S. Ocean Drive, Condo Unit 534 Jensen Beach, FL 34957 jwhoft@gmail.com

COVER SHEET FOR ANSWER TO SECOND AMENDED COMPLAINT AND COUNTERCLAIMS

Description: Defendant Joseph Hoft's Answer to Plaintiff's Second Amended Original Complaint (ECF 90, filed November 11, 2025) and Counterclaims against Bundren Law Group, PLLC and William Charles Bundren, filed subject to pending Motion to Quash Service (ECF 81) and Motion for Evidentiary Hearing (ECF 89).

Submitted in Support of: Defendant Joseph Hoft's Defense and Counterclaims.

Date: November 18, 2025

/s/ Joseph Hoft

Joseph Hoft, Pro Se

8750 S. Ocean Drive, Condo Unit 534 Jensen Beach, FL 34957

jwhoft@gmail.com



FROM:

Joe Hoft
8750 S. Ocean Dr #534
Jensen Beach, FL
34957

TO:

US Clerk
101 Pecan St Suite 220
Sherman, TX 75090