**EXHIBIT B**

Email from Joseph Hoft to William Charles Bundren dated November 15, 2024 (requesting removal from lawsuit)

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se

# jwhoft@gmail.com

| | |
|---|---|
| **From:** | jwhoft@gmail.com |
| **Sent:** | Friday, November 15, 2024 9:03 AM |
| **To:** | 'William Charles Bundren' |
| **Cc:** | 'Hoft Jim'; 'Jonathon Burns'; jwhoft@gmail.com |
| **Subject:** | Request from Joe Hoft |
| | |
| **Flag Status:** | Flagged |

Charles,

I hope all is well. I'm not sure if this is accurate or not but I heard that you may have had some medical issues recently and I hope that you are recovering quickly.

I am writing to request that you kindly remove me from the lawsuit with Atlantic Specialty Insurance Company and related insurance companies, The Gateway Pundit, and my brother Jim.

My request is based on the following:

1. The lawsuit that you have filed against me and those noted above appears to be in response to the lawsuit that was filed by Jim and the Gateway Pundit against you.

2. I was not involved in the suit against you nor was I a party to this case.

3. I was not asked to join Jim and the Gateway Pundit in the suit.

4. I was not briefed about the suit before it was filed.

5. I was not included in the suit against you.

6. The insurance companies that you included in this case against me, Jim and the Gateway Pundit were companies that I had no part in hiring.

7. I did not purchase the policy.

8. I was not on the policy.

9. I made no decisions on what payments were made to you related to this policy.

10. I paid no premiums related to this policy.

11. I literally have no control over what the insurance companies pay in regard to the policy.

12. I was not involved in any decisions on whether to pay you or not related to the money that you're requesting from the insurance companies.

I hope you can't consider the above and kindly remove me from the suit against Jim, the Gateway Pundit and the insurance companies.

I appreciate your quick attention to this matter.

Best wishes and wishing you good health.

Joe Hoft