**EXHIBIT C**

Email response from William Charles Bundren dated November 18, 2024 (refusing removal)

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se

# jwhoft@gmail.com

| | |
|---|---|
| **From:** | William Charles Bundren <charles@bundrenlaw.net> |
| **Sent:** | Monday, November 18, 2024 5:59 PM |
| **To:** | jwhoft@gmail.com |
| **Subject:** | Re: Request from Joe Hoft |
| **Attachments:** | November 18, 2024 BLG letter to Joe Hoft re reply Joe Hoft email request dismiss lawsuit.pdf |
| **Flag Status:** | Flagged |

Joe,

Thank you.

Please see the attached letter in response to your email.

Have you received the email I have sent you giving you notice of the complaints in the Eastern District of Texas Litigation? Please advise.

Thank you.

Wm. Charles Bundren, Esq.
Texas State Bar No. 03343200
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
Telephone: 214.808.3555
Fax: 972.624.5340
Cell: 214.808.3555
e-mail: charles@bundrenlaw.net
John 3:16
Ps. 78

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic communication and any attachment to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient please notify Wm. Charles Bundren, Esq. at 214.808.3555, and destroy all copies of this message and any attachments, IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S federal tax advice contained in this communication (including any attachments) not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** jwhoft@gmail.com <jwhoft@gmail.com>
**Sent:** Friday, November 15, 2024 8:03 AM
**To:** William Charles Bundren <charles@bundrenlaw.net>
**Cc:** 'Hoft Jim' <jimhoft@gmail.com>; 'Jonathon Burns' <john@burns-law-firm.com>; jwhoft@gmail.com <jwhoft@gmail.com>
**Subject:** Request from Joe Hoft

Charles,

I hope all is well. I'm not sure if this is accurate or not but I heard that you may have had some medical issues recently and I hope that you are recovering quickly.

I am writing to request that you kindly remove me from the lawsuit with Atlantic Specialty Insurance Company and related insurance companies, The Gateway Pundit, and my brother Jim.

My request is based on the following:

1. The lawsuit that you have filed against me and those noted above appears to be in response to the lawsuit that was filed by Jim and the Gateway Pundit against you.
2. I was not involved in the suit against you nor was I a party to this case.
3. I was not asked to join Jim and the Gateway Pundit in the suit.
4. I was not briefed about the suit before it was filed.
5. I was not included in the suit against you.
6. The insurance companies that you included in this case against me, Jim and the Gateway Pundit were companies that I had no part in hiring.
7. I did not purchase the policy.
8. I was not on the policy.
9. I made no decisions on what payments were made to you related to this policy.
10. I paid no premiums related to this policy.
11. I literally have no control over what the insurance companies pay in regard to the policy.
12. I was not involved in any decisions on whether to pay you or not related to the money that you're requesting from the insurance companies.

I hope you can't consider the above and kindly remove me from the suit against Jim, the Gateway Pundit and the insurance companies.

I appreciate your quick attention to this matter.

Best wishes and wishing you good health.

Joe Hoft

## ATTORNEYS AND COUNSELORS
## BUNDREN LAW GROUP, PLLC
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

Wm. Charles Bundren, Esq.  
E-Mail: Charles@bundrenlaw.net

Telephone: 214.808.3555  
Fax: 972.624.5340

November 18, 2024

**DELIVERED VIA EMAIL AS FOLLOWS:**

**EMAIL:** Joseph "Joe" Hoft
jwhoft@gmail.com

JOSEPH "JOE" HOFT
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, FL 34957

Re: Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,*

DEAR JOE HOFT:

Thank you for your November 15, 2024 email.

I understand what you are saying.

The above referenced lawsuit was filed because the Insurance Companies, despite receiving multiple Invoices from Bundren Law Group, PLLC ("BLG"), and despite receiving multiple demands for payment of the BLG Invoices for the legal work done by BLG in defense of TGP Communications, LLC ("TGP"), James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation refused without justification to pay the BLG defense costs Invoices. The

1

Insurance Companies, as you know, *inter alia*, (1) participated in the negotiation of the written January 10, 2024 Retainer Agreement between BLG, and TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, concerning the defense in the Freeman Moss Litigation (2) negotiated and approved the hourly rates for January 10, 2024 BLG Retention Agreement, (3) approved the full hourly rates for travel time for BLG attorneys, (4) approved the retention of BLG for the defense in the Freeman Moss Litigation, (5) paid a portion of the BLG defense costs invoices, and (6) promised to pay the BLG invoices for the defense costs of defending TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation.

The Insurance Companies have no legal justification for their refusal to pay BLG's defense costs invoices for legal services and expenses incurred in the defense of TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation. The Insurance Policy requires the Insurance Companies to pay "defense costs" for defendants TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation. Thus, the Insurance Companies have an indefensible legal responsibility to pay BLG's Invoices for BLG's defense costs incurred for the defense of TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation.

As you know, BLG relied on the promise from the Insurance Companies that pursuant to the Insurance Policy, the Insurance Companies would pay BLG's Invoices for BLG's defense of TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation. And, BLG would have never agreed to get involved in the Freeman Moss Litigation or defend TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation but for the promise from the Insurance Companies that pursuant to the Insurance Policy the Insurance Companies would pay BLG's Invoices for BLG's defense of TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation.

The Insurance Companies breached the Insurance Policy, and the Insurance Companies have breached their promise to pay BLG's Invoices for BLG's defense of TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation. The breach of the Insurance Policy by the Insurance Companies is also the Insurance Companies' breach of their promise to you that the Insurance Companies would pay "defense costs" for defending you in the Freeman Moss Litigation.

There is no provision of the Insurance Policy that permits TGP or anyone else to withhold, object, require, or demand that the Insurance Companies not pay invoices for defense costs for TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation. Despite the lack of any provision of the Insurance Policy permitting TGP or James Jim Hoft from interfering with, objecting, or demanding that the Insurance Companies not pay invoices for the defense costs for TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation, TGP and James Jim Hoft filed a frivolous lawsuit in the United States District Court for the Eastern District of Missouri, Eastern Division. (the "Eastern District of Missouri Litigation").

The Eastern District of Missouri Litigation has caused BLG to be required to retain legal counsel in St. Louis, Missouri. TGP and James Jim Hoft ("Eastern District of Missouri Litigation Plaintiffs") have filed multiple frivolous motions in the Eastern District of Missouri Litigation which has caused BLG to incur more substantial legal fees. In addition, TGP and James Jim Hoft have filed multiple frivolous motions in the above referenced litigation pending in the United States District Court for the Eastern District of Texas Sherman Division. And, as a result of these actions, BLG has incurred substantial legal fees in responding to these frivolous actions and motions by TGP and James Jim Hoft.

You are legally liable pursuant to the January 10, 2024 Retainer Agreement, jointly and severally, with TGP and James Jim Hoft, to pay the BLG defense costs invoices incurred in defending TGP, James Jim Hoft, individually, and you, Joseph Joe Hoft, individually, in the Freeman Moss Litigation if the Insurance Companies continue to fail and refuse to pay the BLG defense costs invoices, or if the Insurance Companies contend that they are no longer liable to make any payments because the "limits of liability" of the Insurance Policy has been eroded or exhausted.

For, *inter alia*, these reasons, BLG cannot dismiss you from the above referenced lawsuit pending in the United States District Court for the Eastern District of Texas.

I have sent you multiple emails providing notice to you of the Eastern District of Texas lawsuit and the complaints filed against you by BLG. Have you received my emails? Please advise.

Thank you.

                                              Very truly yours,

By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**