**EXHIBIT D**

Email from Joseph Hoft to William Charles Bundren dated December 19, 2024 (refusal to waive service)

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se

| | |
|---|---|
| From: | jwhoft@gmail.com |
| To: | "William Charles Bundren" |
| Cc: | jwhoft@gmail.com |
| Subject: | Note |
| Date: | Thursday, December 19, 2024 11:30:54 AM |

Charles,

You have emailed me regarding Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, but I have not been served with the summons or Petition/Complaint.

I cannot agree to waive service.

Thanks

Joe Hoft