**EXHIBIT E**

Email from William Charles Bundren to Joseph Hoft dated January 5, 2025 with attached summons (incorrect address)

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se

| | |
|---|---|
| From: | William Charles Bundren |
| To: | jwhoft@gmail.com |
| Subject: | RE: Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON Note |
| Date: | Saturday, January 4, 2025 5:17:27 PM |
| Attachments: | Doc. 15 SUMMONNS to Joe Hoft DATED October 16, 2024.pdf |
| | Doc. 39 Plaintiif's First Amended Original Complaint FILED October 28, 2024.pdf |

# NOTICE OF DOCUMENTS FILED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

January 5, 2025

**DELIVERED VIA EMAIL AS FOLLOWS:**

**EMAIL:** Joseph "Joe" Hoft
jwhoft@gmail.com

**PERSONAL RESIDENCE:**
JOSEPH "JOE" WALTER HOFT
8750 S. Ocean Drive
Condo Unit 534
Jensen Beach, FL 34957-2125
St. Lucie County, Florida.

Re: Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, *BUNDREN LAW GROUP, PLLC, Plaintiff v. ATLANTIC SPECIALTY INSURANCE COMPANY, ONE BEACON PROFESSIONAL INSURANCE GROUP, ONE BEACON PROFESSIONAL INSURANCE, INC., INTACT INSURANCE GROUP, USA, LLC, INTACT INSURANCE GROUP USA HOLDINGS, INC., INTACT FINANCIAL CORPORATION, TGP COMMUNICATIONS, LLC, JAMES "JIM" HOFT, INDIVIDUALLY,* and *JOSEPH "JOE" HOFT, INDIVIDUALLY, Defendants,*

DEAR JOE HOFT:

Plaintiff's process server has made several attempts to serve you with a copy of the (1) Federal Summons directed to you in the above referenced civil action (ECF 15), and (2) Plaintiff's First Amended Original Complaint (ECF

39) at your personal residence in Jensen Beach, Florida identified above. Plaintiff's process server has been repeatedly told by security that you are unavailable to accept service of the (1) Federal Summons directed to you in the above referenced civil action (ECF 15), and (2) Plaintiff's First Amended Original Complaint (ECF 39).

Therefore, attached please find a copy of the (1) Federal Summons directed to you in the above referenced civil action (ECF 15), and (2) Plaintiff's First Amended Original Complaint (ECF 39).

Please confirm receipt. Thank you.

Very truly yours,

By: /s/ Charles Bundren
BUNDREN LAW GROUP, PLLC
Wm. Charles Bundren, Esq.,
**ATTORNEY FOR PLAINTIFF:**
**BUNDREN LAW GROUP, PLLC.**

Wm. Charles Bundren, Esq.
Texas State Bar No. 03343200
**BUNDREN LAW GROUP, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
Telephone: 214.808.3555
Cell: 214.808.3555
e-mail: charles@bundrenlaw.net
John 3:16
Ps. 78

**STATEMENT OF CONFIDENTIALITY**
The information contained in this electronic communication and any attachment to this message are
intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient please notify Wm. Charles Bundren, Esq. at 214.808.3555, and destroy all copies of this message and any attachments, IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any
U.S federal tax advice contained in this communication (including any attachments) not intended or
written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the

Internal
Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

**From:** jwhoft@gmail.com <jwhoft@gmail.com>
**Sent:** Thursday, December 19, 2024 10:31 AM
**To:** William Charles Bundren <charles@bundrenlaw.net>
**Cc:** jwhoft@gmail.com
**Subject:** Note

Charles,

You have emailed me regarding Civil Action No. 4:24-CV-900, in the United States District Court for the Eastern District of Texas Sherman Division, but I have not been served with the summons or Petition/Complaint.

I cannot agree to waive service.

Thanks

Joe Hoft

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Bundren Law Group, PLLC

*Plaintiff(s)*

v.

Atlantic Specialty Insurance Company, One Beacon Professional Insurance Group, One Beacon Professional Insurance, Inc., Intact insurance Group, USA, LLC, TGP communications, LLC, et. al.

*Defendant(s)*

Civil Action No. 4:24-CV-00900-ALM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joe Hoft, indidually
1820 NE Jensen Beach Blvd., Suite 1120
Jensen Beach, Florida 34957
or
Wherever Joe Hoft, indidually may be found.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Bundren, Esq.
Bundren Law Group, PLLC
2591 Dallas Pkwy., Suite 300, Frisco, TX 75034
email: Charles@bundrenlaw.net
phone : (214) 808-3555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **10/16/2024**

CLERK OF COURT

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-CV-00900-ALM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served a copy of Plaintiff's Original Complaint, Document 6 Memorandum Opinion and Order dated October 11, 2024, and Notice of Hearing set for October 25, 2024 at 8:30 AM in courtroom 108 of the United States District Court for the Eastern District of Texas Plano Courthouse on Plaintiff's Motion for Preliminary Injunction.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: