**EXHIBIT F**

Billing Summary Table showing $592,596 billed for 953.6 hours

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se

| DATE | INVOICE | SERVICES PERFORMED | DESCRIPTION | HOURS | HOURS TOTAL | WCB HOURS | WCB TOTAL | KPB HOURS | KPB TOTAL | EXPENSES | INV TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/24 | 11576 | 11/16/23 - 01/31/24 | Legal Services & Expenses Nov 2023 - Jan 2024 | 178.20 | $91,275.00 | 157.40 | $90,505.00 | 4.40 | $770.00 | $1,912.90 | $93,187.90 |
| 03/12/24 | 11578 | 01/09/24 - 02/29/24 | Legal Serivces & Expenses Feb 2024 | 257.10 | $136,970.00 | 237.60 | $136,620.00 | 2.00 | $350.00 | $21,174.40 | $158,144.40 |
| 03/14/24 | 11580 | 02/14/24 - 02/14/24 | Misc. Travel Fees Feb 2024 | | | | | | | $410.06 | $410.06 |
| 06/06/24 | 11586 | 03/01/24 - 03/30/24 | Legal Services & Expenses Mar 2024 | 338.40 | $186,540.00 | 318.30 | $183,022.50 | 20.10 | $3,517.50 | $19,933.22 | $206,473.22 |
| 06/09/24 | 11587 | 04/01/24 - 04/30/24 | Legal Services & Expenses Apr 2024 | 179.90 | $102,602.50 | 177.80 | $102,235.00 | 2.10 | $367.50 | $31,778.31 | $134,380.81 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | 953.60 | $517,387.50 | 891.10 | | 28.60 | | $75,208.89 | $592,596.39 |

\* March Legal Services Hours for WCB were 318.30 - averaging 10 hours a day for 7 days a week

\*LAST UPDATED JLO 07/30/24

| INV. | DATE | TOTAL | VENDOR | VENDOR INV. | INV. DESCRIPTION |
|---|---|---|---|---|---|
| 11578 | 02/15/24 | $10,000.00 | Sawyer & Company | | Consultant Fee - Expert witness retainer |
| 11578 | 02/20/24 | $1,190.60 | Veritext Legal Solutions | Inv. 71675904 | Transcription of Deposition - Jordan Conradson |
| 11578 | 02/29/24 | $6,640.00 | David Sawyer | Inv. 24022904 | Consultant Fee - Services Rendered Feb 2024 |
| 11586 | 03/06/24 | $2,280.75 | Veritext Legal Solutions | Inv. 7211346 | Transcription of Deposition - Joseph Bartling |
| 11586 | 03/13/24 | $1,128.00 | Veritext Legal Solutions | Inv. 7245452 | Transcription of Hearing - Peter Dunne |
| 11586 | 03/13/24 | $15,000.00 | Todd Harding | Inv. 00422 | Consultant Fee - Local GA Counsel Retainer |
| 11587 | 04/03/24 | $826.90 | Veritext Legal Solutions | Inv. 7302278 | Transcription of Hearinng - Pamela Michelle Branton |
| 11587 | 04/04/24 | $398.00 | Veritext Legal Solutions | Inv. 7304341 | Video/Electronic Access - Pamela Michelle Branton |
| 11587 | 04/05/24 | $3,444.00 | David Sawyer | Inv. 24033103 | Consultant Fee - Services Rendered Mar 2024 |
| 11587 | 04/10/24 | $3,125.30 | Purpose ESI (Cobra Legal Solutions) | Inv. 10435 | Consultant Fee - Forensic Legal Services Mar 2024 |
| 11587 | 04/20/24 | $1,003.75 | Todd Harding | Inv. 00447 | Consultant Fee - Local GA Counsel - Defendants Petition in aid of Discovery |
| 11587 | 04/29/24 | $886.65 | Todd Harding | Inv. 00451 | Consultant Fee - Court Cost for Defendants Petition in aid of Discovery |
| 11587 | 04/30/24 | $18,960.00 | Sawyer & Company | Inv. 24043003 | Consultant Fee - Services Rendered Mar 2024 |
| 11587 | 04/30/24 | $1,514.11 | Purpose ESI (Cobra Legal Solutions) | Inv. 10734 | Consultant Fee - Services Rendered Apr 2024 |