**EXHIBIT G**

Handwritten notes from initial interview with Bundren, November 16, 2023

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se

GS ①

* ~~Updated~~ Scheduling Order for
* Reservation of rights —
* ~~tort~~ update — Oct 3 ⇒ Sched. Order —
* John needs to keep anchoring point w/ case in MO
  - licensed in state
  - make sure not all connections to MO
  - complications w/ move w/ John moving
  —

TX ⇒ All 3 Advised Trump —
  Charles Bundring —
  ~~mike~~ McColloch — (Bush Gore)
  Karen Brooks —

    - Did work in GA —
    Know GA
    Knew Rudy for 2 yrs

* get them on ins. co —
  —
  — Worried @ auto output ⇒
  — Divided Loyalties w/ man.

___

Charles-B ⇒ Jim, Dave, ~~Eoot~~, Joe H.    11-16-23
  — Knows TGP — Appreciates
  — Experience —

Charlie -
- Fed Trial Lawyer since 1979 -
- Worked on Religious Issues -
  - John Whitehead - w/ Religious Liberty
  - 1 Amend, 2 Amend
  - US Court of Appeals -
    - Kelly Shackle - CEO of 1st Liberty in Plano, TX
- 70 tomorrow -
- No exp. w/ elections
- Nov 2020 It all changed -
- Looked over Sidney Powell -
- C Ramsland / Waldron /     @ maricopa
- drafted subpoena -

- Bob Cheely - Fulton Co Ballot Case
- Went to Dec 30 Hearing in GA w/ Giuliani
- Have copies of elec ballots Mar/Apr 2021
  - 148,000 Ballots images - meta data -
  - which machine they - images - ballots
- ~~GA~~ Voter GA -
- Press => OK but no Voter GA -
- Bob Cheely indicted by Fani -
  - Hired firm to compare Ballots w/ website
  - Chose many of the batches images were duplicated
  - Images confirmed it - (Images)
  - Fulty scanning multiple batches multi times

5 machines - Buley was the worst —
- 1 machine (not Shaye/Ruby) almost perfect
- Ralph
- Lady in yellow also numerous times -

1 - had hearing 2021 - David Shawyer ⇒
- needed paper ballots -
- had multiple problems confirming SOS #'s
- Judge said OK took @ paper ballots
- ACCU → Judge paused → in May
- in Sept dismissed by standing -
- GA Supreme Court -
- Amero Federalist - kicked to Fulton Co
- Same judge over Fani Willis cases
- McBurney - starts in David
- Purdue - dismissed on standing - OVER
- Voter GA only 1 case left open

Cases split @ Court of Appeals -
   Jeffords - terminated Bob from case
      - Kurt Olsen / Lindell took our case
   Tina - Lindell removed Charles from Tina case
      - next day Lindell.
Mike McCulloch - w/ Bill Burdren -