**EXHIBIT H**

Handwritten notes from call with Bundren, December 15, 2023

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se

Charles Bundren

Good man - can't do case in a year -

John Burns - limited court experience - local counsel -
 understands - local courthouse - rules similar across -

Ins - w/ Crane Agency - $2 mn

Look @ case & how do we defend -
Who pays legal fees? =>
Enter into retainer agreement -> @ exp. & what will & will
Who hires Charles? -
Who has right to retain counsel?
Woman in charge of ?
Who is claims adjuster?
Is Ins co will to hire w/ Charles?
* Get copy of policy -
* Talk to agency @ retaining additional counsel?
* See if hire Charles ~~tent~~

Has the images from Fulton Co -
multiple batches @ 100 multiple times -
- Favorito case multiple batches multiple times -
- Has images of 148,000 created by machine -
- Garland has no paper ballots -
- Judge McBurney - recuse - to get
- Judge Amero - ordered to get images of machine
  images & total count - close duplicate images w/in
  images - Expert => several thousand - most w/ ruby

(cont) 2

- Ruby had meet the physicals —
- have not obtained physical ballots to agree
- has not looked @ ballots — no physical exam —
- no folds, diff color, diff. paper stock —

---

- Never enter into protective order w/out client consent
- Ridiculous & concerning — disturbing

---

- Watson did a report —
  Duty to defend — ?
  Indemnity — or Indemnity + Attor. Fees ⇒

---

Ins. — talk to Ins —

---

Cost hand down from Fulton Co. where they produced them
* — Send policy + filing / charles@Bundren.Law.net
- text @ mtg