**EXHIBIT I**

VoterGA Report on 2020 Georgia Election Results

Date: November 18, 2025

/s/ Joseph Hoft, Pro Se



## *ELECTION, FRAUD, ERRORS AND IRREGULARITIES ABOUND IN GEORGIA*

Despite overwhelming evidence of massive 2020 election fraud, errors and irregularities, the fake news "Mockingbird media" have constantly orchestrated a false dialogue to deceive Americans into believing our elections have no significant problems. They continue to pretend that there is no widespread evidence of election fraud that could have altered the 2020 presidential race results. In reality, the evidence collected in Georgia alone thoroughly destroys this false dialogue.

During the last two years, volunteers from Voters Organized for Trusted Election Results in Georgia (VoterGA), have amassed a stunning array of election fraud, errors and irregularities. Their discoveries corroborate conclusions of Georgia General Assembly committees that investigated the election. Here is a summary of findings for the Georgia 2020 election that can be found on the VoterGA.org web site.

1. **An Illegal voting system**

Even before the 2020 election was conducted, the U.S. District Court found that use of the voting system would violate Georgia law. Georgia's voting system must:
   - *"…print an elector verifiable paper ballot"* [O.C.G.A. § 21-2-2(7.1)];
   - *"…produce paper ballots which are marked with the elector's choices in a format readable by the elector"* [O.C.G.A. § 21-2-300(a)(2)]

In her October 11, 2020, order in *Curling v Raffensperger* Judge Amy Totenberg found that:
   - *"Plaintiffs and other voters who wish to vote in-person are required to vote on a system that does none of those things."*

Judge Totenberg reviewed more evidence than has ever been compiled for a Georgia election case. She issued two scathing orders totaling 300 pages including an August, 2019 order that found the office of the Secretary of State (SOS) "not credible".

2. **The $45 million bribery and interference scheme**

The Chan Zuckerberg Initiative spent $330 million to establish the Center for Technology and Civic Life (CTCL) as explained in Wisconsin legislature's Gableman Report. They hired as CTCL Policy Director, David Plouffe, former Barrack Obama campaign manager who wrote the book: "*A Citizens Guide to Beating Donald Trump*". Agreements indicate that to distribute funds, CTCL required counties to:
   - Conduct partisan get out the vote efforts,
   - Implement unsecure drop boxes and/or,
   - Accept complimentary technical resources to run voting systems.

The Capital Research Center confirmed that CTCL distributed $45 million disproportionally and unconstitutionally in Georgia and 94% went to counties Biden won, including the top 10 largest county bribes. Voter turnout increased by 35% in those counties resulting in a net gain for Joe Biden of 200,000 votes in a race that was allegedly decided by 11,779 votes.

3. **Thousands of counterfeit mail-in ballots**

Four senior Fulton County ("Fulton Co.") poll managers and two audit monitors submitted sworn affidavits that they handled counterfeit mail-in ballots in the Nov. 14-15 Fulton Co. hand count audit.



One affidavit indicated that the manager believed the number of counterfeit ballots could scale into the tens of thousands. The ballots were easily detectable as counterfeits because they were:
- Not folded from being mailed;
- Marked by copy toner instead of a writing instrument;
- On improper paper stock and/or,
- Voted the same way in all down ballot races in an entire batch of 100 ballots.

In the *Favorito v. Wan* case, Fulton County hired criminal defense attorneys just to prevent Petitioners from inspecting the ballots. A Superior court judge falsely ruled that the Petitioners have no standing and the ruling was overturned by the Georgia Supreme Court. After a 2-year and 4-month delay the Petitioners have still yet to get to inspect the ballots.

### 4. Video recording of election process illegalities

The State Farm Arena video of mail-in ballot processing shows numerous apparent violations of Georgia election law. For example:
- Curved room with inadequate monitor visibility [O.C.G.A. 21-2-406]
- Skirted tables [O.C.G.A. 21-2-406]
- Hidden ballots [O.C.G.A. 21-2-406]
- Continuing to scan ballots after announcing that scanning will stop (2 affidavits) [O.C.G.A. 21-2-483(b)]
- Duplicate scanning of ballots that were never jammed [O.C.G.A. 21-2-374, 21-2-419(c)]

Despite these clear violations, the Secretary of State's office has called it *"normal ballot processing"*.

### 5. 17,724 more votes than ballots

Georgia's voting system is used to scan each ballot for each election and produce a digital ballot image for each ballot. It then creates a cast vote record for each image and tabulates the races in each of those records. However, Fulton Co. has 17,724 more certified votes in the 2020 Presidential election than the final recount ballot images that were scanned to produce those votes. Either Fulton Co. withheld those recount ballot images from the public or added more votes than ballots to the certified totals.

### 6. 1.7 million original ballot images illegally destroyed

In March of 2021, after scanned ballot images were made public record by SB202, VoterGA immediately filed Open Records Requests for original 2020 ballot images in all 159 counties. The volunteers who led this effort discovered that over 1.7 million original ballot images were lost or destroyed across **70 counties.** Federal law USC-52-20701 requires all election records to be held for 22 months. Georgia code O.C.G.A. 21-2-73 requires all election records to be held for 24 months.

Emails to two counties from the former and current State Election Directors show that they improperly authorized the overwriting of memory cards that contained the images. In addition, a State Election Board rule improperly authorizes overwriting of the images. After being informed of the illegality over a year ago, the board has taken no action to correct the rule.

### 7. Electronic alteration of election results

A VoterGA analysis of the 148,318 original Fulton Co. mail-in ballot images showed clear, direct signs of electronic tampering. 132,284 of those images were missing their corresponding SHA authentication files and thus, could not be authenticated. The ballot image meta data for the remaining 16,034 images shows they were mysteriously modified days after they were scanned. The meta data for many mail-in



ballot images also showed impossible creation, modification and adjudication timestamps that can only be logically and technically explained by a wholesale replacement of the ballot images prior to certification of the results. Since the 374,000 original in-person ballot images were also destroyed, none of the 524,000 Fulton Co. 2020 ballot images used to tabulate the 2020 election results can be authenticated.

### 8. 86,860 voters had false registration dates

Expert analysis found that 86,860 voters in the 2020 election had false registration dates. The voters were shown as voting in the voter history file and had voter registration dates prior to 2016 in the 2020 voter registration file. However, they were not present in the 2016 voter registration file thus indicating that the votes may not have been cast by legitimate voters.

### 9. Destroyed drop box video surveillance for 181,507 ballots

VoterGA volunteers requested drop box video recordings for all counties that deployed drop boxes in the 2020 election. They found that over 100 counties had destroyed their video surveillance despite federal and state election record retention law described above. Video surveillance representing 181,507 ballots dropped into drop boxes was improperly destroyed.

### 10. Invalid chain of custody for 107,000 drop box ballots

Drop box procedures require election workers to complete chain of custody forms for ballots picked up from drop boxes. However, the 2020 filled out forms had numerous errors, oversights or incorrect entries. For example:
- ➢ The recipient of the ballots did not sign the form.
- ➢ One or more of the signatures for those picking up the ballots were missing.
- ➢ Forms had impossible pick-up dates such as before the box was installed or after the election was conducted.

In all over 107,000 ballots picked up from drop boxes had invalid chain of custody forms. Another 355,000 forms are estimated to be missing because the SOS Brad Raffensperger did not require counties to identify the total number of ballots they received from drop boxes.

### 11. Drop box ballot trafficking

True the Vote's extensive GEO Tracking study shows that up to 242 or more ballot traffickers were operating at different times in the metro Atlanta area during the 2020 election. The GEO trafficking analysis is the same type of analysis used to recently help solve an Atlanta child shooting murder.

The movie 2000 Mules shows corroborating video of ballot traffickers stuffing ballot drop boxes at night. Many more videos of ballot traffickers that were not shown in the movie exist. It is clear that there was a major operation to stuff unsecure drop boxes with ballots that were likely counterfeit or fraudulent. Exposure of this operation was impeded by the destruction of drop box video surveillance as well as the improper and missing drop box chain of custody forms/

### 12. 200,000+ phantom votes added after the election

On a November 4th NBC today <u>interview</u>, the morning after the election, SOS Brad Raffensperger acknowledged that Donald Trump had an insurmountable 103,750 vote lead over Joe Biden with only 2% of 4.7 million votes (about 94,000) left to count. Raffensperger knew this to be correct from county reports that were legally required to be submitted by 10pm on Election night.



The SOS stated flatly: *"We don't guess"* and that they would finish counting that day. Instead, Raffensperger allowed counting to continue for several days and certified 4.998 million votes. Up to 298,000 phantom votes were improperly added to the election results and that changed the outcome of both the U.S. Presidential race and the U.S. Senate race.

### Conclusion

In December 2020, a Georgia Senate Judiciary Sub-Committee conducted hearings that provided extensive evidence of fraud, errors and irregularities in the 2020 election. On December 17, 2020, the Senate Judiciary Subcommittee 2020 Election Report found that: *"The oral testimonies of witnesses on December 3, 2020, and subsequently, the written testimonies submitted by many others, provide ample evidence that the 2020 Georgia General Election was so compromised by systemic irregularities and voter fraud that it should not be certified."*

Since that time, the evidence assembled by VoterGA volunteers and other organizations have proven the accuracy and correctness of the Senate report conclusions. That evidence, summarized in this article and freely available on the VoterGA.org Legal, News, Events and Press Release tabs, proves beyond any doubt **the 2020 Georgia election was the most corrupt election Georgia history**. Any informed person who says otherwise is blatantly lying and intentionally trying to deceive the public.

Garland Favorito,
Co-founder VoterGA
