**EXHIBIT N**

Email from Joseph Hoft to William Charles Bundren dated November 13, 2025

Description: Offer to stipulate to service effective November 13, 2025, to resolve pending service dispute (ECF 81, 87, 89). Plaintiff has not responded.

Submitted in Support of: Defendant Joseph Hoft's Answer to Second Amended Complaint and Counterclaims.

Date: November 18, 2025

/s/ Joseph Hoft

Joseph Hoft, Pro Se

| | |
|---|---|
| From: | jwhoft@gmail.com |
| To: | charles@bundrenlaw.net |
| Cc: | "Joe Hoft" |
| Subject: | Stipulation to Service - Case No. 4:24-CV-00900-SDJ |
| Date: | Thursday, November 13, 2025 7:06:48 PM |

Charles,

To resolve the pending service dispute (ECF 81, 87, 89) and avoid an evidentiary hearing, I am willing to **stipulate that service of the Second Amended Complaint (ECF 90) is effective as of the date of this email**, November 13, 2025.

Please confirm your agreement by reply email.

Joe Hoft

jwhoft@gmail.com

8750 S. Ocean Drive, Unit 534 Jensen Beach, FL 34957


**From:** txedCM@txed.uscourts.gov <txedCM@txed.uscourts.gov>
**Sent:** Tuesday, November 11, 2025 4:27 PM
**To:** txedcmcc@txed.uscourts.gov
**Subject:** Activity in Case 4:24-cv-00900-SDJ Bundren Law Group, PLLC v. Atlantic Specialty Insurance Company, et al. Amended Complaint


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered by Bundren, Wm. on 11/11/2025 at 3:26 PM CST and filed on 11/11/2025

| Case Name: | Bundren Law Group, PLLC v. Atlantic Specialty Insurance Company, et al. |
|---|---|

Case Number: 4:24-cv-00900-SDJ
Filer: Bundren Law Group, PLLC
Document Number: 90

Docket Text:
**SECOND AMENDED COMPLAINT** *PLAINTIFFS SECOND AMENDED ORIGINAL COMPLAINT* against All Defendants, filed by Bundren Law Group, PLLC. (Bundren, Wm.)

**4:24-cv-00900-SDJ Notice has been electronically mailed to:**

Brian Casper   Brian.Casper@Klemchuk.com, litigation@klemchuk.com

Daniel M Karp   dkarp@feesmith.com, clinscomb@feesmith.com, kroberts@feesmith.com, sdaniel@feesmith.com, swashington@feesmith.com, vwhitesell@feesmith.com

Darin Michael Klemchuk   darin.klemchuk@klemchuk.com, litigation@klemchuk.com

Elizabeth A. Nielsen   nielsen@mklaw.com, gynild@mklaw.com

Erick G. Kaardal   kaardal@mklaw.com, gynild@mklaw.com

Joe Hoft   jwhoft@gmail.com

Jonathon Christian Burns   john@burns-law-firm.com

Mandi Michelle Phillips   mandi.phillips@klemchuk.com, litigation@klemchuk.com

Nicholas O'Connell   njoconnell@intactinsurance.com, anelson@intactinsurance.com

Wm. Charles Bundren   charles@bundrenlaw.net

**4:24-cv-00900-SDJ Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1041545818 [Date=11/11/2025] [FileNumber=15555521
-0] [76c2518ddc8d349b4438a514b5aa62ec321d4459d6decae24f29fd7ba09e4e7ad
4e73bd5cd956c5ad0ae7c80304ffde55d81e963fb0c1f50d771f27f51baf066]]